UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **AMBER HANEY,** individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>**CHARTER FOODS NORTH, LLC, and CHARTER FOODS, INC.**<br><br>      Defendants. | Case No. 2:23-cv-00046 |

## CERTIFICATE OF CITIZENSHIP

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Plaintiff Amber Haney, by and through her undersigned counsel, states that she is a citizen of East Liverpool, Ohio in Columbiana County.

DATED: May 15, 2023      Respectfully submitted,

                */s/ Edwin E. Wallis III*
                Edwin E. Wallis III (TN #23950)
                **GLASSMAN, WYATT, TUTTLE & COX, P.C.**
                26 North Second Street
                Memphis, Tennessee 38103
                Tel: (901) 527-4673
                Fax: (901) 521-0940
                E: ewallis@gwtclaw.com

                *Attorney for Plaintiff*

1

Case 2:23-cv-00046-TRM-CRW  Document 3  Filed 05/15/23  Page 1 of 1  PageID #: 46