IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **AMBER HANEY, JASON EVANS, MCKENNIA FITCH, DAVID KNIGHTEN and CHRISTIE STINSON,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CHARTER FOODS NORTH, LLC, and CHARTER FOODS, INC.,**<br><br>Defendants. | Case No. 2:23-cv-00046-TRM-CRW |

### PLAINTIFFS' MOTION FOR AN ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS TO PLAINTIFFS

Plaintiffs Amber Haney, Jason Evans, McKennia Fitch, David Knighten, and Christie Stinson, individually and on behalf of others similarly situated ("Plaintiffs"), hereby move this Court, pursuant to Federal Rules of Civil Procedure 23(h) and 54(d) and the Court's February 5, 2025 Order Granting Preliminary Approval of Class Action Settlement, for an Order granting Plaintiffs' Motion for an Order Awarding Attorneys' Fees, Reimbursement of Expenses, and Service Awards to Plaintiffs.

Plaintiffs request an award of attorneys' fees in the amount of $266,475 (one-third of the $807,500 settlement fund), reimbursement of actual litigation costs and expenses in the amount of $17,817.73 and Service Awards to Plaintiffs for serving as Class Representatives in the amount of $5,000 to each of the five Plaintiffs (for a total of $25,000). This Motion is based upon: (1) this Motion; (2) the Memorandum of Law in Support of Plaintiffs' Motion for an Order Awarding

1

Attorneys' Fees, Reimbursement of Expenses and Service Awards to Plaintiffs; (3) the Declarations of Settlement Class Counsel and (4) the Declarations of the Plaintiffs filed herewith.

For the reasons set forth in the accompanying memorandum of law, Plaintiffs' respectfully request the Court grant their Motion.

DATED: April 21, 2025

Respectfully submitted,

/s/ *Scott E. Cole*
Scott E. Cole, Esq.
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Tel: (510) 891-9800
Email: sec@colevannote.com

Tyler J. Bean, Esq.
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (212) 532-1091
Email: tbean@sirillp.com

John A. Yanchunis, Esq.
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
Email: JYanchunis@forthepeople.com

Lisa A. White, Esq.
MASON LLP
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 470-6213
Email: lwhite@masonllp.com

*Settlement Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

*/s/ Scott Edward Cole*
Scott Edward Cole, Esq.