IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| **AMBER HANEY**, **JASON EVANS**, **MCKENNIA FITCH**, **DAVID KNIGHTEN**, and **CHRISTIE STINSON**, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>**CHARTER FOODS NORTH, LLC** and **CHARTER FOODS, INC.**,<br><br>Defendants. | Lead Case No. 2:23-cv-46-TRM-CRW<br><br>Member Case Nos. 2:23-cv-69; 2:23-cv-168<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Cynthia R. Wyrick |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Amber Haney, Jason Evans, McKennia Fitch, David Knighten and Christie Stinson ("Plaintiffs") hereby move for final approval of the Class Action Settlement preliminarily approved by this Court on February 5, 2025. For the reasons set forth in the Memorandum filed herewith, the Declaration of Settlement Administrator Simpluris, Inc. Regarding Notice and Administration also filed herewith, as well as the Motion for Approval of Attorneys' Fees, Costs, and Service Awards and accompanying documents at ECF No. 84, and Plaintiffs' Unopposed Motion for Preliminary Approval and accompanying documents at ECF No. 81, as well as all other pleadings and papers on file in this action, Plaintiffs respectfully request this Court:

    a.    Grant final certification of the Settlement Class, appoint Plaintiffs Amber Haney, Jason Evans, McKennia Fitch, David Knighten and Christie Stinson as Class Representatives and appoint Scott E. Cole of Cole & Van Note; Tyler J. Bean of Siri & Glimstad LLP; John A. Yanchunis of Morgan & Morgan; and Lisa A. White of Mason LLP as Class Counsel;

b. Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;

c. Find that the terms of the Settlement Agreement are fair, reasonable, and adequate and are approved, adopted, and incorporated by the Court;

d. Direct the Parties, their respective attorneys, and the Claims Administrator to consummate the Settlement in accordance with the Court Order and the terms of the Settlement Agreement; and

e. Resolve all claims against all Parties in this Action and issue the Proposed Final Approval Order filed herewith and at ECF No. 88-2.

Dated: July 8, 2025

Respectfully Submitted,

By: */s/ Lisa A. White*
Lisa A. White
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 470-6213
Email: lwhite@masonllp.com

Scott E. Cole
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com

Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone: (212) 532-1091
Email: tbean@sirillp.com

John A. Yanchunis
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Email: jyanchunis@forthepeople.com

*Counsel for Plaintiffs and the Putative Class*