# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENVILLE

| | |
|---|---|
| **AMBER HANEY**, **JASON EVANS**, **MCKENNIA FITCH**, **DAVID KNIGHTEN**, and **CHRISTIE STINSON**, individually and on behalf of all similarly situated persons, | Lead Case No. 2:23-cv-46 |
| | Member Case Nos. 2:23-cv-69; 2:23-cv-168 |
| Plaintiffs, | |
| v. | Judge Travis R. McDonough |
| **CHARTER FOODS NORTH, LLC** and **CHARTER FOODS, INC.**, | Magistrate Judge Cynthia R. Wyrick |
| Defendants. | |

## PLAINTIFFS' SUPPLEMENTAL MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs hereby supplement their motion for final approval of the Class Action Settlement preliminarily approved by this Court on February 5, 2025. Plaintiffs hereby state:

1. On July 16, 2025, the parties apprised the Court that they recently had learned that the Settlement Administrator had not sent CAFA notices to the various state and federal attorneys general, as contemplated by Section 8.9 of the Settlement Agreement and the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"). (Doc. No. 89.)

2. Specifically, that Settlement Agreement states:

> The Settlement Administrator shall serve a CAFA Notice upon the appropriate State official in each State where a Settlement Class Member resides and the appropriate federal officials. The CAFA Notice Shall be sent within fourteen (14) days of the Court's preliminary approval of the Settlement. A Final Settlement hearing shall not be held less than ninety (90) days prior to the service of the CAFA Notice to all necessary state and federal officials. Counsel for the Parties shall reasonably cooperate as needed to ensure the notice provisions of CAFA are satisfied.

(Doc. No. 81-1, ¶ 8.9).

3. On July 16, 2025, the Settlement Administrator served those CAFA notices. (Doc. No. 89, ¶ 12.)

4. Ninety days after July 16, 2025, is October 13, 2025 (the "CAFA Deadline").

5. Accordingly, a Final Order could not be entered at the final approval hearing set for July 29, 2025.

6. The parties, however, requested that the final approval hearing go forward on July 29, 2025, but that, pursuant to 28 U.S.C. § 1715(d), a Final Order not be entered until after the passing of the CAFA Deadline. (Doc. No. 89, ¶ 15.)

7. The final approval hearing went forward on July 29, 2025, and this Court stated that it would delay its order on final approval until after the passing of the CAFA Deadline.

8. The CAFA Deadline has since passed and none of the noticed various state and federal attorneys general has objected to the Settlement.

9. Accordingly, the parties request that this Court finally approve the Settlement.

Dated: October 15, 2025            Respectfully Submitted,

/s/ Lisa A. White
Lisa A. White
**MASON LLP**
5335 Wisconsin Ave. NW, Ste. 640
Washington, DC 20015
Tel: (202) 470-6213
Email: lwhite@masonllp.com

Scott E. Cole
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Tel: (510) 891-9800
Email: sec@colevannote.com

Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
Email: tbean@sirillp.com

John A. Yanchunis
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street 7th Floor Tampa, Florida 33602
Tel: (813) 223-5505
Email: jyanchunis@forthepeople.com

*Counsel for Plaintiffs and the Putative Class*

*/s/ Jonathan O. Harris*
Jonathan O. Harris (TN #21508)
**JACKSON LEWIS P.C.**
611 Commerce Street, Ste. 2803
Nashville, TN 37203
Tel: (615) 565-1661
Fax: (615) 206-2244
Email: jonathan.harris@jacksonlewis.com

*Counsel for Defendants*